# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

JOSEFA RODRIGUEZ, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,

    vs.

ALLTRAN FINANCIAL LP,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 18-cv-1725

Hon. Pamela Pepper

---

PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R.
CIV. P. 54(b), OR ALTERNATIVELY, TO CERTIFY FOR IMMEDIATE APPEAL
PURSUANT TO 28 U.S.C. § 1292

---

NOW COMES PLAINTIFF Plaintiff Josefa Rodriguez ("Plaintiff"), on behalf of herself

and all others similarly situated, by and through her attorneys, and brings Plaintiff's Motion to

Enter Final Judgment of Dismissal, pursuant to Fed. R. Civ. P. 54(b), or alternatively, to Certify

for Interlocutory Review, pursuant to 28 U.S.C. § 1292(b), the Court's August 7, 2019 Order

granting Defendant Alltran Financial, LP's ("Alltran" or "Defendant") motion to compel

arbitration (the "Order," Dkt. No. 22).

In support of this motion, Plaintiff submits the accompanying memorandum of law,

incorporated by reference.

WHEREFORE, the Court should either enter final judgment of dismissal, pursuant to

Fed. R. Civ. P. 54(b), or alternatively, to certify for interlocutory review, pursuant to 28 U.S.C. §

1292(b), the Court's August 7, 2019 Order granting Defendant's motion to compel arbitration.

August 30, 2019

Respectfully submitted,

**ADEMI & O'REILLY, LLP**

By: /s/ John D. Blythin
　　John D. Blythin (SBN 1046105)
　　3620 East Layton Avenue
　　Cudahy, WI 53110
　　(414) 482-8000
　　(414) 482-8001 (fax)
　　jblythin@ademilaw.com

　　***Counsel for Plaintiffs and the Proposed Class***

2